**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA      **Category No.** II      **Investigating Agency** HSI

**City** Brighton

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number 25-4440-DHH, 26-4042-DHH, 26-4043-DHH   26-8052-PGL, 26-8053-PGL

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes   ☑ No

**Defendant Information:**

Defendant Name   John Tapley      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: 26 Elmira Street, Brighton, MA

Birth date (Yr only): 1992   SSN (last 4#): 9459   Sex: M   Race _____   Nationality: U.S.

**Defense Counsel if known:** Cara McNamara    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Allegra K. Flamm    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** _____

**Arrest Date:** April 1, 2026

☑ Already in Federal Custody as of 4/1/2026 in HSI Custody .

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony One

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/1/2026      Signature of AUSA: */s/ Allegra K. Flamm*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   John Tapley _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 2252A(a)(2)(A) | Receipt of child pornography | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013